IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISE BELL,

    Plaintiff,

  v.

AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN BROKERS CONDUIT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., and DEFAULT RESOLUTION NETWORK,

    Defendants.

No. C 11-03636 WHA

**NOTICE REGARDING MOTIONS AND OBJECTION**

This matter has been reassigned to the undersigned judge. Prior to reassignment, defendants had moved to dismiss and to expunge lis pendens. Pursuant to the reassignment order, those motions were vacated. Thereafter, plaintiff filed a brief in opposition defendants' motion to expunge lis pendens and a separate brief captioned "objection to removal to federal court based upon lack of subject matter jurisdiction." The parties shall be on notice that if they want to file a motion they shall do so on the regular 35-day track as set forth by the civil local rules. (This includes plaintiff's "objection to removal," which presumably would be noticed for a hearing as a motion to remand. This notice expresses no opinion as to whether such motion would be timely.)

Dated: August 29, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE