IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISE BELL,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN BROKERS CONDUIT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., and DEFAULT RESOLUTION NETWORK, ALL PERSONS CLAIMING TO HAVE LEGAL EQUITABLE LIEN, AND ESTATE AGAINST THE SUBJECT PROPERTY LOCATED AT 3250-3252 MARTIN LUTHER KIN JR. WAY, OAKLAND, CA 94609; APN 009-716-32, DOES 1 TO 50 INCLUSIVE

    Defendants.

No. C 11-03636 WHA

**ORDER TO SHOW CAUSE**

    Defendants American Home Mortgage Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss plaintiff's complaint on September 1, 2011. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or notice of non-opposition to the motion was due on September 15. None was filed. Plaintiff is hereby ordered to show cause why the motion should not be granted for failure to oppose. Plaintiff must file a response to this order by **OCTOBER 17, 2011**. If no response is filed or if good cause is not shown, the motion may be granted. The motion hearing set for October 13, 2011 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE