**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISE BELL,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN BROKERS CONDUIT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., and DEFAULT RESOLUTION NETWORK, ALL PERSONS CLAIMING TO HAVE LEGAL EQUITABLE LIEN, AND ESTATE AGAINST THE SUBJECT PROPERTY LOCATED AT 3250-3252 MARTIN LUTHER KIN JR. WAY, OAKLAND, CA 94609; APN 009-716-32, DOES 1 TO 50 INCLUSIVE

    Defendants.
                                         /

No. C 11-03636 WHA

**NOTICE REGARDING OBJECTION AND SETTING HEARING**

*Pro se* plaintiff filed "an objection to removal to federal court based upon lack of subject matter jurisdiction" (Dkt. Nos. 23, 25). The document entered at docket number 23 appears to be the same as the document entered at docket number 25, except the latter includes plaintiff's signature. Defendants responded.

Plaintiff's objection to removal to federal court (Dkt. No. 25) will be considered as a

motion to remand and will be heard **OCTOBER 27, 2011 AT 8 A.M.**  Plaintiff's reply is due **OCTOBER 17, 2011**.  This notice expresses no opinion as to whether such motion would be timely.

**IT IS SO ORDERED.**

Dated:  September 26, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2