IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE BELL,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN BROKERS CONDUIT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., and DEFAULT RESOLUTION NETWORK, ALL PERSONS CLAIMING TO HAVE LEGAL EQUITABLE LIEN, AND ESTATE AGAINST THE SUBJECT PROPERTY LOCATED AT 3250-3252 MARTIN LUTHER KIN JR. WAY, OAKLAND, CA 94609; APN 009-716-32, DOES 1 TO 50 INCLUSIVE<br><br>      Defendants.<br>_____/ | No. C 11-03636 WHA<br><br>**NOTICE CONSOLIDATING HEARINGS** |

The hearings for *pro se* plaintiff's motion to remand and motion to strike will be consolidated and heard **OCTOBER 27, 2011, AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: September 26, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE