United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELISE BELL,

        Plaintiff,

  v.

AMERICAN HOME MORTGAGE SERVICING,
INC., AMERICAN BROKERS CONDUIT,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., and DEFAULT RESOLUTION
NETWORK, ALL PERSONS CLAIMING TO
HAVE LEGAL EQUITABLE LIEN, AND
ESTATE AGAINST THE SUBJECT PROPERTY
LOCATED AT 3250-3252 MARTIN LUTHER
KIN JR. WAY, OAKLAND, CA 94609; APN
009-716-32, DOES 1 TO 50 INCLUSIVE

        Defendants.

_____/

No. C 11-03636 WHA

**NOTICE CONSOLIDATING
HEARINGS**

     The hearings for *pro se* plaintiff's motion to remand and motion to strike will be
consolidated and heard **OCTOBER 27, 2011, AT 8 A.M.**

     **IT IS SO ORDERED.**

Dated:  September 26, 2011.

                    _____
                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE